

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00023-CR

| | | |
|---|---|---|
| PATRICK JOEL ARENT, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | |
| | | of Tarrant County (1487494D) |
| | § | |
| V. | | October 29, 2020 |
| | § | |
| | | Memorandum Opinion by Justice Gabriel |
| | § | |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect Appellant's plea of "not true." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel